■ GREGORY M. RUPERT et al., Appellants-Respondents, v UNITED PRECIOUS METALS REFINING, INC., Respondent-Appellant and Third-Party Plaintiff-Appellant-Respondent. JOHN R. RUPERT, Doing Business as EXEL ELECTRIC COMPANY, et al., Third-Party Defendants-Respondents; JAMES L. SHOTWELL, Doing Business as JAMES L. SHOTWELL PLUMBING COMPANY, Third-Party Defendant-Respondent-Appellant. [624 NYS2d 999] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeals from Order of Supreme Court, Erie County, Cosgrove, J.—Labor Law § 240 [1].) Present—Pine, J. P., Fallon, Wesley and Davis, JJ.